8. SALES, § 381*—*what are rights of vendee upon refusal of vendor to perform contract.* Where the vendor refuses to perform his contract, the vendee may recover his damages without having actually purchased the goods elsewhere.

9. SALES, § 376*—*what is measure of recovery by buyer upon refusal of seller to supply goods.* The difference between the contract price and the price at which the vendor of goods was willing to supply the goods to the vendee after the vendor's breach of the contract is the measure of the vendee's recovery, even though a higher price was asked by others than the vendor.

## Consolidated Water Power & Paper Company, Appellant, v. Denver Publishing Company, Appellee.

### Gen. No. 23,698.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. WELLS M. COOK, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed July 10, 1918. *Certiorari* denied by Supreme Court (making opinion final).

### Statement of the Case.

Action by Consolidated Water Power & Paper Company, a corporation, plaintiff, against Denver Publishing Company, a corporation, defendant. From a judgment for defendant, plaintiff appeals. The issues involved herein being the same, the decision in this case is controlled by that in *Consolidated Water Power & Paper Co. v. Louisville Herald Co., ante,* p. 569.

GREGORY, BURGES & McNAB and GOGGINS, BRAZEAU & GOGGINS, for appellant.

LANDON & HOLT, for appellee.

MR. JUSTICE THOMSON delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.